IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREEM STANSBURY | CIVIL ACTION |
| v. | No. 18-1066 |
| DISTRICT ATTORNEY OF PHILADELPHIA, et al. | |

# ORDER

AND NOW, this 10th day of April, 2020, upon careful consideration of pro se Petitioner Kareem Stansbury's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus, independent review of the September 20, 2019, Report and Recommendation of United States Magistrate Judge Richard A. Lloret and Stansbury's objections, and for the reasons set forth in the accompanying Memorandum, it is ORDERED:

1. Stansbury's Objections (Document 36) are OVERRULED;

2. The Report and Recommendation (Document 33) is APPROVED and ADOPTED as stated in the accompanying Memorandum;

3. Stansbury's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus (Document 1) is DENIED with prejudice and DISMISSED without an evidentiary hearing;

4. Judgment is entered in favor of Respondents; and

5. A certificate of appealability shall not issue, as Stansbury has not made a substantial showing of the denial of a constitutional right, i.e., reasonable jurists would debate the correctness of the procedural or substantive aspects of this ruling. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 483–84 (2000).

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:


 /s/  Juan R. Sánchez
Juan R. Sánchez, C.J.